

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**
The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

> Re:   **United States v. Brown**, 15 Cr. 623 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter jointly on behalf of the parties. The violation of supervised release ("VOSR") hearing in this matter is currently scheduled for April 8, 2020, at 10:00 a.m. In light of the on-going COVID-19 public health crisis, and in anticipation of the effect of that crisis on witness availability, the parties respectfully request that the hearing be adjourned.

> Respectfully submitted,
>
> GEOFFREY S. BERMAN
> United States Attorney for the
> Southern District of New York
>
> by:   /s/ Jun Xiang
>       Jun Xiang
>       Michael McGinnis
>       Assistant United States Attorneys
>       (212) 637-2289 / -2305

**CC**
All Counsel (By ECF)