```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA


                    v.                            15-CR-623 (CM)
                                                     **ORDER**
ANTONIO BROWN,

                    Defendant.
---------------------------------------------------------X
```

McMahon, C.J.:

The Court will hold a follow up telephone conference Wednesday, April 8, 2020, at 10:30 a.m., on Defendant's pending motion to be release on bail conditions.

To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

April 6, 2020

*[signature]*

Colleen McMahon
Chief Judge