```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   15CR0623 (CM)
    -against-                       :
                                    :   ORDER
                                    :
Antonio Hasan Brown                 :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

HONORABLE COLLEEN MCMAHON, Chief United States District Judge:

It is hereby ORDERED that the supervised releasee, ANTONIO HASAN BROWN, is released on bail and as a condition of bail pending a violation of supervised release be modified to include Location Monitoring by GPS and home incarceration until otherwise ordered. **Home incarceration, to be enforced by GPS Monitoring** at the residence approved by probation.

In light of the COVID -19 pandemic, the defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

ANTONIO HASAN BROWN is to report to the Probation Department at 500 Pearl Street, 6th floor, following fourteen (14) days of self-quarantine to have the GPS tracker affixed to his ankle. He should contact USPO Lisa Faro (646-357-6600) to coordinate his reporting instructions.

Dated: New York, New York
       APRIL 8, 2020

SO ORDERED:

HONORABLE COLLEEN MCMAHON
Chief United States District Judge