UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    15CR0623 (CM)
     -against-                      :
                                    :    AMENDED ORDER
Antonio Hasan Brown                 :
                                    :
          Defendant                 :
                                    :
------------------------------------X

HONORABLE COLLEEN MCMAHON, Chief United States District Judge:

It is hereby ORDERED that the Antonio Brown be released forthwith pending a hearing on the outstanding Violation Petition. Defendant is ordered to abide by the conditions of supervised release imposed at the time of his sentence, modified today as follows:

(1) Defendant will be on home incarceration with Location Monitoring by GPS at his mother's residence. In light of the COVID-19 pandemic, the defendant must remain at his mother's residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department. The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department. Defendant is to report to the Probation Department at 500 Pearl Street, 6th floor, following fourteen (14) days of self-quarantine to have the GPS tracker affixed to his ankle. He should contact USPO Lisa Faro (646-357-6600) to coordinate his reporting instructions.

(2) Defendant must have NO contact with the alleged victim that is the subject of the pending violations, or with ANY member of the victim's family.

The violation hearing will be held on May 20, 2020, at 10:30 a.m.


Dated: New York, New York
APRIL 9, 2020


                                         SO ORDERED:

                                         _____
                                         HONORABLE COLLEEN MCMAHON
                                         Chief United States District Judge