# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 6, 2020

*5/12/20*
*Hearing Adj to July 23, 2020*
*At 10:30 AM*

Hon. Colleen McMahon
United States Chief Judge
Southern District of New York
United States Courthouse
500 Pearl Street—Suite 2250
New York, New York 10007

Re: **United States v. Antonio Brown**
15 Cr. 623 (CM)

Your Honor:

With the consent of the government, I am requesting that the Violation of Supervised Release hearing scheduled for May 20, 2020 be adjourned to a date at which the hearing may be safely conducted with all parties personally present. As of this date, it seems unlikely that this can happen with a May 20th hearing date.

Mr. Brown was released on stringent bail conditions on April 9, 2020. Since his release, Mr. Brown has been fully compliant with all the terms of his release conditions. He is living with his mother and has not had any contact with the mother of the alleged victim. I spoke with United States Probation Officer Lisa Faro today and she confirmed that Mr. Brown's conduct has been satisfactory in all respects.

Thank you for your consideration of this request.

Respectfully submitted,

s/

Mark B. Gombiner
Attorney for Antonio Brown

Cc: A.U.S.A. Jun Xiang

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/20