# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2020

June 23, 2020

Hon. Colleen McMahon
United States Chief Judge
Southern District of New York
United States Courthouse
500 Pearl Street—Suite 2250
New York, New York 10007

Re: **United States v. Antonio Brown**
 **15 Cr. 623 (CM)**

Your Honor:

    With the consent of the government and the Probation Office, we request that the terms of
Mr. Brown's home incarceration be modified to allow him to use the outside/court area of his
apartment building residence for one hour each day from Monday to Friday.  This modification
will permit Mr. Brown to get a modicum of fresh air.

    Thank you for your attention to this application.

                Respectfully submitted,

                /s
                Mark B. Gombiner
                Attorney for Antonio Brown

Cc: A.U.S.A. Jun Xiang
    U.S.P.O. Lisa Faro