# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

7/9/20
Supervised Release
hearing adj to
September 10, 2020
at 10 AM.

*[signature: Colleen McMahon]*

July 8, 2020

Hon. Colleen McMahon
United States Chief Judge
Southern District of New York
United States Courthouse
500 Pearl Street—Suite 2250
New York, New York 10007

Re: **United States v. Antonio Brown**
    **15 Cr. 623 (CM)**

Your Honor:

With the consent of the government, we request that the Supervised Release hearing in this matter be re-scheduled from July 23, 2020 to September 10, 2020.

Thank you for your attention to this request.

Respectfully submitted,

s/
Mark B. Gombiner
Attorney for Antonio Brown

Cc: A.U.S.A. Jun Xiang
    U.S.P.O. Lisa Faro

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/20