# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

October 2, 2020

10/6/20
OK
/s/ Colleen McMahon

Hon. Colleen McMahon
United States Chief Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Antonio Brown**
    **15 Cr. 623**

Your Honor:

With the consent of the government, we are requesting that the time to file Mr. Brown's post-hearing brief be extended to October 5, 2020 with the government's response due two weeks thereafter.

Thank you for your attention to this matter.

Respectfully submitted,

Mark B. Gombiner
Marisa Cabrera
Attorneys for Antonio Brown

Cc: AUSA Jun Xiang

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/20